IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01482-BNB

KELLY LABELLE,

    Plaintiff,

v.

NIEL CUNNINGHAM, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 25 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Kelly LaBelle, is a prisoner confined in a facility in Henderson, Colorado. She initiated this action by submitting to the Court *pro se* a letter, a motion to proceed *in forma pauperis*, and a complaint. The Court reviewed the documents and determined they were deficient. Therefore, in an order filed on July 15, 2008, Magistrate Judge Craig B. Shaffer directed the clerk of the Court to commence a civil action and directed Ms. LaBelle to cure certain deficiencies in the case within thirty days if she wished to pursue her claims.

The July 15, 2008, order pointed out that Ms. LaBelle failed to submit a certified copy of her trust fund account statement for the six-month period immediately proceeding this filing, among other deficiencies. The order warned Ms. LaBelle that if she failed to cure the designated deficiencies within thirty days, the complaint and the action would be dismissed without prejudice and without further notice. On July 23, 2008, Magistrate Judge Boyd N. Boland denied Ms. LaBelle's request for a free copy of

the complaint she originally filed in this action. Ms. LaBelle has failed within the time allowed to cure the designated deficiencies or otherwise to communicate with the Court in any way.

Subsection (a)(2) of 28 U.S.C. § 1915 (2006) requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The July 15, 2008, order and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 note this requirement. By failing to submit a copy of her trust fund account statement certified by the appropriate prison official, Ms. LaBelle has failed to cure all the deficiencies listed in the July 15, 2008, order within the time allowed. The complaint and the action will be dismissed without prejudice for failure to cure the designated deficiencies as directed within the time allowed and for failure to prosecute. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 22 day of Aug, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01482-BNB

Kelly LaBelle
Prisoner No. 133275
8031 Highway I-76
Henderson, CO 80640

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 8/25/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk